IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **MUZI ZHOU, et al.,** | : |
| Plaintiff, | : CIVIL ACTION NO. |
| | : |
| v. | : |
| | : |
| **TIANUYAN GU** | : |
| | : |
| Defendants. | : |

## STIPULATION

**AND NOW**, this 16th day of September, 2025, it is hereby stipulated and agreed by Plaintiffs Muzi Zhou, Brian Leung, Chunhin Leung, Hong Vuong, Shaoxia Li, VillaStay, LLC, and Fanli Inc., and Defendant Tianuyan Gu, by and through their respective counsel, that Defendant Tianuyan Gu, subject to Court approval, may have an additional thirty-five (35) days to respond to Plaintiffs' Complaint, so that the deadline would be October 21, 2025, there having been no prior extension of this deadline.

| | |
|---|---|
| **MUZI ZHOU et al.,** | **TIANUYAN GU** |
| By: /s/ Inder D. Paul | By: _____ |
| **Inder D. Paul, ESQUIRE** | **Terrell A. Ratliff, ESQUIRE** |
| Attorney for Plaintiffs | Attorneys for Defendant |

## **ORDER**

**AND NOW**, this _____ day of _____, 2025, upon consideration of the parties' Stipulation, it is hereby **ORDERED** that Defendant's time to respond to Plaintiffs' Complaint is extended to October 21, 2025.

**BY THE COURT:**

_____
**J.**