IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MUZI ZHOU, et. al.,<br><br>　　　　　　　　Plaintiffs,<br>v.<br><br>TIANYUAN GU,<br><br>　　　　　　　　Defendant. | CIVIL ACTION<br>NO. 25-2989 |

## ORDER

**AND NOW,** this 5th day of November 2025, upon consideration of Defendant Tianyuan Gu's uncontested Motion to Extend Time to Answer or Otherwise Respond (Doc. No. 7), it is **ORDERED** that the Motion (Doc. No. 7) is **GRANTED**.[1] Defendant must file an Answer or otherwise respond to Plaintiffs' Complaint by December 5, 2025.

BY THE COURT:

/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.

---

[1] Under Local Rule of Civil Procedure 7.1(c), any party opposing a motion shall serve an opposition within fourteen days after service. In the absence of a timely response, the motion may be granted as uncontested. Here, Defendant filed the Motion to Extend Time on October 21, 2025. Plaintiffs had until November 4, 2025 (fourteen days) to file any response opposition. Thus, the Court will grant Defendants' Motion to Extend Time (Doc. No. 7) as uncontested.