

**RATLIFF JACKSON, LLP**
Kyle Anthony Adams, Esq.
*Member of the NJ, PA & DC Bars*
✆ (856) 209-3111 x 107
✉ KAdams@RatliffJackson.com

May 13, 2026

**Via eCourts**
Hon. Joel H. Slomsky, J.S.C.
13614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

> **Re:** **Adjournment Request | Telephonic Conference**
> **MUZI ZHOU, et al v. TIANYUAN GU**
> **Civil Action No.: 2:25-CV-02989**

Your Honor,

I represent the Defendant, TIANYUAN GU. I am respectfully requesting a 1-cycle adjournment of this telephonic conference to next week as counsel is already scheduled at the same time for another obligation.

I thank the Court for its kind attention to this matter.

Respectfully,

_____
Kyle Anthony Adams, Esq.
*Attorney for Tianyuan Gu*

CC via eCourts:        All Counsel of Record