IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MUZI ZHOU, et. al.,

Plaintiffs,

v.

TIANYUAN GU,

Defendant.

CIVIL ACTION
NO. 25-2989

**ORDER**

**AND NOW,** this 10th day of August 2026, upon consideration of Defendant's Motion to Dismiss (Doc. No. 19), Plaintiffs' Response in Opposition (Doc. No. 24), Defendant's Reply (Doc. No. 25), the arguments of counsel for the parties at the hearing held on the Motion on April 6, 2026, and in accordance with the Opinion of the Court issued on this day, it is **ORDERED** that Defendant's Motion to Dismiss (Doc. No. 19) is **GRANTED** in part and **DENIED** in part. Plaintiffs' claims for fraud/fraudulent misrepresentation (Count II), conversion (Count III), and accounting (Count V) are dismissed. Plaintiffs' claims for breach of contract (Count I), unjust enrichment (Count IV), and constructive trust (Count VI) are not dismissed. It is **FURTHER ORDERED** that Defendant shall file an Answer to the Complaint by **August 28, 2026**.

BY THE COURT:

/s/ Joel H. Slomsky

JOEL H. SLOMSKY, J.